COURT OF APPEALS

EIGHTH DISTRICT OF
TEXAS

EL PASO, TEXAS

 

 


 
 
  
 THE STATE OF TEXAS,
  
                            
 Appellant,
  
 v.
  
 BRUNO WILLIAM TYREE,
  
                            
 Appellee.
 
 
  
   '
     
   '
     
   '
     
   '
     
   '
     
  '
 
  
 
 
  
  
                   No. 08-11-00260-CR
  
 Appeal from the
  
 120th
 District Court
  
 of El
 Paso County, Texas
  
 (TC# 20110D01872)
  
 
 


 

MEMORANDUM
OPINION

 

Pending before the
Court is the State’s motion to dismiss this appeal pursuant to Tex.R.App.P. 42.2(a).  Finding that the State has complied with the
requirements of Rule 42.2(a), we grant the motion and dismiss the appeal.

 

                                                                        GUADALUPE
RIVERA, Justice

April 18, 2012

 

Before McClure, C.J., Rivera, J., and Antcliff, J.

 

(Do Not Publish)